UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KEVIN KOHUTE,

Plaintiff

v.

JD VANCE, *et al.*,

Defendants

Case No. 3:26-CV-00556-MMD-CLB

**ORDER TO FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS* FOR AN INMATE**

On July 21, 2026, Plaintiff Kevin Kohute ("Kohute") file a *pro se* civil rights complaint, (ECF No. 1-1 at 1-5), and a short-form application to proceed *in forma pauperis*, (*id.* at 6-7). However, Kohute is an inmate in the Smith County, TX jail. (*Id.* at 8.) Thus, for him to apply for *in forma pauperis* status he must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by him twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both him and a jail official; and (3) a copy of **his prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. Kohute is advised that *in forma pauperis* status does not relieve him of his obligation to pay the filing fee, it just means that he can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

**IT IS THEREFORE ORDERED** that Kohute has **until Monday, September 7, 2026**, to file a fully complete application to proceed *in forma pauperis* with all three of the following required documents:

///

///

///

///

(i) a completed application with his two signatures on page 3,

(ii) a completed financial certificate that is signed both by him and the jail official, and

(iii) a copy of his trust fund account statement for the previous six-month period.

Kohute is cautioned that this action will be subject to dismissal without prejudice if he fails to comply with this order. A dismissal without prejudice allows Kohute to refile the case with the Court, under a new case number, when he can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **SEND** Kohute this Court's approved form application to proceed *in forma pauperis* for an inmate with instructions.

**DATED**: July 23, 2026

UNITED STATES MAGISTRATE JUDGE